# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00705-CV

**In re Jack H. Carr**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## O R D E R

**PER CURIAM**

Today Jack H. Carr has filed a petition for writ of mandamus with an accompanying request for emergency relief. Pending further orders of this Court, we stay the proceedings in the underlying cause in the Justice Court and stay execution of any writ of possession that, according to Carr, has issued. We request that the real party in interest file a response to Carr's petition not later than November 17, 2014. The real party in interest may also address, in either that response or a separate filing, the advisability of our continuing the temporary relief pending our final disposition of the merits.

It is ordered November 7, 2014.

Before Chief Justice Jones, Justices Pemberton and Field